Margot A. Rosenberg (State Bar No. 144955)
Jennifer Keating (State Bar No. 250857)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: 510-272-0169
Fax: 510-272-0174
Email: mrosenberg@leonardcarder.com
Email: jkeating@leonardcarder.com

Attorneys for Plaintiff
AMALGAMATED TRANSIT UNION LOCAL 1225

Charles L. Thompson, IV (State Bar No. 139927)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Tel:  415-442-4810
Fax:  415-442-4870
Email: charles.thompson@ogletreedeakins.com

Attorneys for Defendant
MV TRANSPORTATION, INC.

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALGAMATED TRANSIT UNION LOCAL 1225,<br><br>Plaintiff,<br><br>v.<br><br>MV TRANSPORTATION, INC.,<br><br>Defendant. | Case No. C-12-4480 CRB<br><br>**STIPULATION AND [▓▓▓▓▓▓]**<br>**ORDER REQUESTING ORDER TO**<br>**MODIFY SCHEDULE** |

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169    FAX: (510) 272-0174

Pursuant to Fed. R. Civ. Proc. 16 and Local Rules 7-12 and 16-2, the parties to this lawsuit, by and through their respective counsel, hereby request that the Court continue the summary judgment hearing in this matter currently scheduled for August 23, 2013 until ~~October 01~~ November ~~18~~, 2013 or such other date as the Court deems appropriate.

Following the Initial Case Management Conference on January 11, 2013, the Court issued an order continuing this case until August 23, 2013 at 10:00 a.m. for hearing on summary judgment. (Dkt. 17) The Court has not yet set any discovery deadlines or trial date in this case. On April 2, 2013, the parties participated in a mediation session with a mediator assigned through the Court's ADR program, at which time the case partially settled with further facilitated discussions expected. (See Dkt. 19) Further discussions between the parties are ongoing, which could potentially lead to a full and final resolution of the matter. If the August 23, 2013 date for hearing on summary judgment is not continued, the parties will be required to expend substantial resources on discovery and briefing over the next two months that may be unnecessary if the case can be resolved through ongoing settlement discussions.

Fed. R. Civ. Proc. 16(b)(4) provides that a schedule may be modified "for good cause and with the judge's consent." Good cause exists here for extending the date for the summary judgment hearing by two months to allow the parties to focus their efforts on attempting to resolve the matter and to avoid unnecessarily burdening the Court.

//
//
//
//
//
//
//
//
//
//

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169     FAX: (510) 272-0174

1.

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169    FAX: (510) 272-0174

1  Dated: July 3, 2013                    LEONARD CARDER, LLP

2                                          By: /s/ Jennifer Keating*

3                                          JENNIFER KEATING
                                           Attorneys for Plaintiff
4                                          Amalgamated Transit Union Local 1225

5  Dated:  July 3, 2013                   OGLETREE, DEAKINS, NASH,
                                           SMOAK & STEWART, P.C.
6
                                           By: /s/ Charles Thompson
7                                          CHARLES L. THOMPSON, IV
                                           Attorneys for Defendant
8                                          MV Transportation, Inc.

9

10  * I hereby attest that I obtained concurrence in the filing of this document from Charles
    Thompson on behalf of Defendants on July 3, 2013.
11

12  PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14  DATED:  _____July 9___, 2013

15                                         Hon.
                                           United

16

17

18

19

20

21

22

23

24

25

26

27

28

2.

STIP. & [PROP.] ORDER RE MODIFY SCHEDULE                    CASE NO. C12-4480 CRB