Margot A. Rosenberg (State Bar No. 144955)
Jennifer Keating (State Bar No. 250857)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: 510-272-0169
Fax: 510-272-0174
Email: mrosenberg@leonardcarder.com
Email: jkeating@leonardcarder.com

Attorneys for Plaintiff
AMALGAMATED TRANSIT UNION LOCAL 1225

Charles L. Thompson, IV (State Bar No. 139927)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Tel:  415-442-4810
Fax:  415-442-4870
Email: charles.thompson@ogletreedeakins.com

Attorneys for Defendant
MV TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALGAMATED TRANSIT UNION LOCAL 1225,<br><br>Plaintiff,<br><br>v.<br><br>MV TRANSPORTATION, INC.,<br><br>Defendant. | **Case No. C-12-4480 CRB**<br><br>**STIPULATION AND ORDER REQUESTING ORDER TO MODIFY SCHEDULE** |

1 Pursuant to Fed. R. Civ. Proc. 16 and Local Rules 7-12 and 16-2, the parties to this lawsuit, by and through their respective counsel, hereby request that the Court continue the summary judgment hearing in this matter currently scheduled for November 1, 2013 until January 31, 2014 or such other date as the Court deems appropriate.

Following the Initial Case Management Conference on January 11, 2013, the Court issued an order continuing this case until August 23, 2013 at 10:00 a.m. for hearing on summary judgment (Dkt. 17), which was subsequently rescheduled for November 1, 2013 (Dkt. 21). On April 2, 2013, the parties participated in a mediation session with a mediator assigned through the Court's ADR program, at which time the case partially settled with further facilitated discussions expected. (See Dkt. 19)  Further discussions between the parties are ongoing, which could potentially lead to a full and final resolution of the matter. As part of those discussions, the parties are seeking an advisory opinion from a federal agency, and the parties have no control over how long the agency will take to issue that opinion.

The Court has not yet set any discovery deadline or trial date in this case. A discovery dispute has recently arisen between the parties that will need to be resolved prior to the filing of any summary judgment motion. However, the parties wish to avoid expending substantial resources on motion practice, discovery and briefing over the next two months that may be unnecessary if the case can be resolved through ongoing settlement discussions.

Fed. R. Civ. Proc. 16(b)(4) provides that a schedule may be modified "for good cause and with the judge's consent." Good cause exists here for extending the date for the summary judgment hearing by an additional three months to allow the parties to focus their efforts on attempting to resolve the matter and to avoid unnecessarily burdening the Court.

//
//
//
//
//
//

1.

STIP. & [PROP.] ORDER RE MODIFY SCHEDULE                            CASE NO. C12-4480 CRB

| | | |
|---|---|---|
| 1 | Dated: September 17, 2013 | LEONARD CARDER, LLP |
| 2 | | By: /s/ Jennifer Keating* |
| 3 | | JENNIFER KEATING |
| | | Attorneys for Plaintiff |
| 4 | | Amalgamated Transit Union Local 1225 |
| 5 | Dated:  September 17, 2013 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 6 | | |
| | | By: /s/ Charles Thompson |
| 7 | | CHARLES L. THOMPSON, IV |
| | | Attorneys for Defendant |
| 8 | | MV Transportation, Inc. |

*I hereby attest that I obtained concurrence in the filing of this document from Charles Thompson on behalf of Defendants on September 17, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   September 18, 2013

_____
Hon. Ch[arles R. Breyer]
United S[tates District Judge]

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169   FAX: (510) 272-0174

2.

STIP. & [PROP.] ORDER RE MODIFY SCHEDULE                    CASE NO. C12-4480 CRB